## IN THE UNITED STATES COURT OF FEDERAL CLAIMS

|  |  |  |
|---|---|---|
| MARVIN M. BRANDT, and ) | |
| MARVIN M. BRANDT REVOCABLE TRUST, ) | |
| ) | |
| Plaintiffs, ) | No. 09-265L |
| ) | |
| v. ) | Hon. Emily C. Hewitt |
| ) | |
| THE UNITED STATES OF AMERICA, ) | (Electronically filed June 3, 2009) |
| ) | |
| Defendant. ) | |

## **NOTICE OF APPEARANCE**

To the Clerk of the Court:

    Please enter the appearance of Joshua A. Doan as counsel for Defendant the United States of America. Service of all papers by U.S. Mail should be addressed as follows:

    Joshua A. Doan, Esq.
    Trial Attorney
    Natural Resources Section
    Environment and Natural Resources Division
    United States Department of Justice
    P. O. Box 663
    Washington, D.C. 20044-0663
    (202) 305-0874 (phone)
    (202) 305-0506 (fax)
    joshua.doan@usdoj.gov

Overnight and hand deliveries should be addressed to:

    Joshua A. Doan, Esq.
    Trial Attorney
    Natural Resources Section
    Environment and Natural Resources Division
    United States Department of Justice
    601 D Street, NW, Room 3135
    Washington, D.C. 20004

Dated: June 3, 2009

        Respectfully submitted,

        JOHN C. CRUDEN
        Acting Assistant Attorney General
        Environment and Natural Resources Division


          /s/ Joshua A. Doan
        JOSHUA A. DOAN
        Trial Attorney
        Natural Resources Section
        Environment and Natural Resources Division
        United States Department of Justice
        P.O. Box 663
        Washington, D.C. 20044-0663
        (202) 305-0874 (phone)
        (202) 305-0506 (fax)
        Email: joshua.doan@usdoj.gov