# EXHIBIT 1

ORIGINAL

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

MAR - 9 2007
2:24 P.M
Stephan Harris, Clerk
Cheyenne

MATTHEW H. MEAD
United States Attorney
CAROL A. STATKUS
NICHOLAS VASSALLO
Assistant United States Attorneys
P.O. Box 668
Cheyenne, WY 82003-0668
Telephone:  307-772-2124
Facsimile:  307-772-2123
carol.statkus@usdoj.gov
nick.vassallo@usdoj.gov

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No.  06-CV-0184J |
| ) | and |
| WYOMING AND COLORADO ) | Consolidated Case No. 06-CV-171J |
| RAILROAD COMPANY, INC.; ) | |
| BOARD OF COUNTY COMMISSIONERS OF ) | **AMENDED** |
| THE COUNTY OF ALBANY COUNTY, ) | **COMPLAINT FOR** |
| WYOMING, ) | **DECLARATORY JUDGMENT** |
| DuWAYNE and ELIZABETH KEENEY; ) | **OF ABANDONMENT AND** |
| SUSAN and JUAN TORRES; ) | **TO QUIET TITLE** |
| BUNN FAMILY TRUST ) | |
| Debra R. Hinkel, Trustee; ) | |
| ROGER L. MORGAN; ) | |
| DANIEL K. and SUSAN McNIERNEY; ) | |
| RALPH L. LOCKHART; ) | |
| DUANE and PATRICIA KING; ) | |

MARILYN FLINT and MARJORIE SECREST;          )
MARVIN M. BRANDT;                            )
GARY and JUNE WILLIAMS;                       )
GLENNA LOUISE MARRS TRUST                     )
Glenna Marrs and Rondal Wayne, Trustees;      )
KENNETH R. LANKFORD II;                       )
KENNETH R. LANKFORD, SR.;                      )
PATRICK R. RINKER and                          )
PATRICIA A. RINKER FLANIGIN;                   )
DAVID and MARILYN YEUTTER;                      )
SNOWY RANGE PROPERTIES, LLC;                    )
MICHAEL and SALLY PALMER;                        )
RAY L. WAITS;                                   )
BREAZEALE REVOCABLE TRUST                       )
Vernon H. and Norma J. Breazeale, Trustees;     )
EUGENE L. BUDNICK;                              )
DONALD and WANDA GRAFF;                          )
LAWRENCE R. and GINNY L. OTTERSTEIN;             )
RONALD B.and HELEN D. YEUTTER;                   )
PATRICK R. and LYNDA L. RINKER;                  )
EDMUND L. and DONNA ELLEN GRUBER;                )
ROBERT S. and DOROTHY M. PEARCE,                 )
DAVID M. PEARCE, STEVEN M. PEARCE and            )
KATHLYNN A. LAMBERT;                            )
STEVEN P. and JANIS A. TAFFE; and               )
BILLY M. and TOBIN L. RATLIFF,                   )
                                                )
              Defendants.                       )

Pursuant to the Order on Initial Pretrial Conference, plaintiff United States of America, by

and through the United States Attorney for the District of Wyoming and Assistant United States

Attorneys Carol A. Statkus and Nicholas Vassallo, files its Amended Complaint for Declaratory

Judgment of Abandonment and to Quiet Title, seeking a declaratory judgment that the Wyoming and

Colorado Railroad Company, Inc. right-of-way ("the right-of-way") lying within the Medicine Bow

National Forest in the State of Wyoming has been abandoned and that all right, title and interest in

and to the right-of-way is vested in the United States of America, as follows:[1]

    1.    This action is brought pursuant to 28 U.S.C.§ 1345, which authorizes suits brought

by the United States.

    2.    Venue is proper pursuant to 28 U.S.C. §1391(b) because the real property which is

the subject of this action is located in the State of Wyoming.

---

[1]

This amended complaint makes the following changes from the original complaint: (1) the caption deletes Stephany E. Byam ("Byam") as a defendant and adds Ronald B. and Helen D. Yeutter; Patrick R. and Lynda L. Rinker; Edmund L. and Donna Ellen Gruber; Robert S. and Dorothy M. Pearce, David M. Pearce, Steven M. Pearce and Kathlynn A. Lambert; Steven P. and Janis A. Taffe; and Billy M. and Tobin L. Ratliff, as defendants; (2) paragraph 3 deletes the clause following the comma concerning service on WYCO's registered agent, because service has been effected; (3) paragraph 7 adds Ronald B. and Helen D. Yeutter and shows their interest in tract 7 and 7A, which they acquired from David and Marilyn Yeutter; paragraph 7 also deletes tract 7 from and adds tract 6A to the interests of David and Marilyn Yeutter; (4) paragraph 8 deletes Byam, adds the tract 6 acreage to the Ottersteins who acquired tract 6 from Byam, corrects the names of the owners of tract 1 to Patrick R. Rinker and Patricia A. Rinker Flanigin (a correction also made in the caption), and adds Patrick R. and Lynda L. Rinker and shows their interest in tract 3; (5) paragraph 10 adds Edmund L. and Donna Ellen Gruber; Robert S. and Dorothy M. Pearce, David M. Pearce, Steven M. Pearce and Kathlynn A. Lambert; Steven P. and Janis A. Taffe; and Billy M. and Tobin L. Ratliff, as interested parties in the Mountain Home area; (6) Exhibit B is revised to reflect the paragraph 7 changes; (7) Exhibit C is revised to reflect the paragraph 8 changes, (8) Exhibit E is added to depict the Mountain Home area. In all other respects the amended complaint is substantively the same as the original complaint.

    Newly added defendants are obligated to respond to the amended complaint. Responses filed by defendants named in the original complaint will be considered as if they were filed in response to the amended complaint, or those defendants, at their option, may respond again at this time.

3.    The Wyoming and Colorado Railroad Company, Inc., ("WYCO") is a Utah Corporation doing business in Wyoming.

4.    Albany County, Wyoming, is a political subdivision of the State of Wyoming. It may claim an interest in the right-of-way as further described in paragraph 6 below. Consequently, its Board of County Commissioners is named as a defendant in accordance with Wyo. Stat. § 18-2-109.

5.    The affected quantity of land which is subject to this action is approximately 637.09 acres. Of that total acreage, the persons or entities identified in paragraphs 6-10 below may claim an interest in about 26 acres.

6.    Within the unincorporated community of Albany, Wyoming, East Area, as depicted on the Plat appended hereto as Exhibit A, comprising in aggregate approximately 5.35 acres, the following persons or entities may claim an interest in the right-of-way:

       Breazeale Revocable Trust, Tract D: 2.97 acres;

       Ray L. Waits, Tract H: 1.64 acres;

       Michael J. and Sally L. Palmer, Tract I: 0.74 acres.

7.    Within the unincorporated community of Albany, Wyoming, South Area, as depicted on the Plat appended hereto as Exhibit B, comprising in aggregate approximately 6.141 acres, the following persons or entities may claim an interest in the right-of-way:

       Bunn Family Trust, Tract K: 0.36 acres;

       DuWayne and Elizabeth Keeney, Tract 1: 0.07 acres;

-4-

Eugene L. Budnick, Tract 2: 0.02 acres;

Donald and Wanda Graff, Tract 3: 0.001 acres;

DuWayne and Elizabeth Keeney, Tract 4: 1.33 acres;

Albany County Cemetery, Tract 5: 0.35 acres;

David and Marilyn Yeutter, Tracts 6 & 6A: 0.15 acres;

Susan and Juan Torres, Tract 8: 0.70 acres;

Roger L. Morgan, Tracts L, 11, 12 & 13: 1.31 acres;

Marilyn Flint and Marjorie Secrest, Tract M: 1.06 acres;

Duane and Patricia King, Tract P: 0.28 acres;

Albany County, Tracts 9 & 10: 0.27 acres;

Ronald B. and Helen D. Yeutter, Tracts 7 & 7A: .24 acres.

8.     Within the unincorporated community of Albany, Wyoming, Northwest Area, as depicted on the Plat appended hereto as Exhibit C, comprising in aggregate approximately 3.99 acres, the following persons or entities may claim an interest in the right-of-way:

Snowy Range Properties, LLC, Tract G: 0.02 acres;

Ralph Lockhart, Tract F: 0.57 acres;

Glenna Marrs Trust, Tracts A & J: 1.18 acres;

Daniel K. and D. Susan McNierney, Tracts E & Q: 0.66 acres;

Patrick R. Rinker and Patricia A. Rinker Flanigin, Tract 1: 0.34 acres;

Kenneth R. Lankford, Sr., Tract 2: 0.06 acres;

Kenneth R. Lankford II, Tract 4: 0.13 acres;

Lawrence R. and Ginny L. Otterstein, Tracts 5, 6, 7 & 8: 0.89 acres;

Patrick R. and Lynda L. Rinker, Tract 3: .14 acres.

9.      Within the unincorporated community of Fox Park, Wyoming, Marvin M. Brandt of Fox Park may claim an interest in 10.04 acres of the right-of-way.

10.      In the Mountain Home, Wyoming area, as depicted on the Plat appended hereto as Exhibit E, Gary and June Williams, of Laramie, Wyoming; Edmund L. and Donna Ellen Gruber, of Laramie, Wyoming; Robert S. and Dorothy M. Pearce, David M. Pearce, Steven M. Pearce and Kathlynn A. Lambert of Salt Lake City, Utah; Steven P. and Janis A. Taffc of Laramie, Wyoming; and Billy M. and Tobin L. Ratliff of Laramie, Wyoming, may each claim an interest in less than an acre of the right-of-way.

11.      The lands subject to this action are those within the right-of-way granted under the General Railroad Right-of-Way Act of 1875 to the Laramie, Hahn's Peak and Pacific Railroad Company documented by the "Proof of Construction and Relinquishment of certain Grants accepted" certificate as per Bureau of Land Management File No. WYC 04128 and as shown on the Second Amended Definite Location Plat of February 4, 1915, described as follows:

> Beginning at the intersection of the existing centerline of said railroad with the north line of the SE1/4NW1/4 of Section 14, Township 14 North, Range 78 West of the 6th P.M., Albany County

-6-

Wyoming, which is the boundary line between National Forest System lands and private land; Thence in a southerly direction along the existing centerline of said railroad to the intersection with the Wyoming-Colorado State Line in the W½ of Section 24, Township 12 North, Range 79 West of the 6th P.M. Albany County, Wyoming.

EXCEPT, that portion of the right-of-way lying in State of Wyoming lands in sections 13 and 14, Township 14 North, Range 78 West and W½ of section 16, Township 13 North, Range 78 West of the 6th Principal Meridian, Albany County, Wyoming; and

SUBJECT to an easement of the Department of Transportation for the Wyoming State Highway Department recorded at Book 387, Pages 774-790 in the land records of Albany County, Wyoming.

12.   The right-of-way described in paragraph 11 is 200 feet in width (100 feet on each side of a centerline) for a distance of 28.08 miles. Of this length, 24.49 miles are within national forest boundaries and 1.79 miles are on adjacent public lands administered by the Bureau of Land Management. The remaining 1.80 miles are located on land owned by the State of Wyoming.

13.   Appended as Exhibit D is a map of the Medicine Bow National Forest depicting the route of the right-of-way for the 28.08 miles from the National Forest boundary near Albany to the Wyoming-Colorado state line.

14.   WYCO is the successor to the Laramie, Hahns Peak and Pacific Railway Company, which was the original grantee of the right-of-way.

15.   The grant pursuant to the General Railroad Right-of Way Act of 1875 was for a two hundred foot wide by approximately sixty-six mile long railroad right-of-way within Albany

County, Wyoming, and Jackson County, Colorado. Near the southern portion of the sixty-six miles, a small segment of the right-of-way dips into Colorado for approximately 1498.5 feet (0.28 miles) located in Township 12 North, Range 79 West, 6th P.M. in Jackson County, Colorado, that segment is not a part of this action.

16. The Laramie, Hahns Peak and Pacific Railway Company completed construction of the railroad from Laramie, Wyoming to the Wyoming-Colorado State line in 1908.

17. In November 1987, WYCO became the latest successor to the Laramie, Hahns Peak and Pacific Railway Company, and WYCO operated the rail line until around September, 1995.

18. On May 15, 1996, WYCO filed a Notice of Intent to Abandon Rail Service with the Surface Transportation Board (STB), seeking to administratively abandon 66.16 miles of its Coalmont Branch in Albany County, Wyoming, from the Colorado State line to near Laramie, Wyoming.

19. On September 16, 1996, the STB established conditions of abandonment related to protecting historic integrity of sites and structures along the right-of-way, protecting geodetic station markers and consulting with the Forest Service regarding salvage activities.

20. WYCO removed the track and ties in 1999 and 2000.

21. On December 31, 2003, the STB removed the last of the conditions, thus effecting approval of administrative abandonment of the rail line.

22.     On January 15, 2004, WYCO notified the Secretary of the STB that it had completed its administrative abandonment of the 66.16 mile rail line.

23.     On May 22, 1902, the Medicine Bow Forest Reserve was reserved from the public domain by Presidential Proclamation (32 Stat. 2003), and on March 2, 1907, an additional 200,000 acres was added to the forest reserve (34 Stat. 3303).

24.     Prior to 1902, all the lands within the boundary of the forest reserve were public domain land under administration of the General Land Office of the Department of the Interior except for the school section tract in Section 16 which was owned by the State of Wyoming.

25.     Aside from the inholding of the State of Wyoming, which is excepted from this action, these forest reservations referred to in paragraph 23 above precede all other land dispositions from the United States along the right-of-way within the Medicine Bow National Forest.

26.     On January 25, 2006, the United States acquired by quitclaim deeds all rights to the lands underlying the right-of-way in the area of Mountain Home described as part of the N½SE¼SE¼ of Section 17, Township 12 North, Range 78 West, 6th Principal Meridian, Albany County, Wyoming, containing 2.5 acres, more or less. These quitclaim deeds dated January 25, 2006 were from Timothy O. Russell to the United States of America, recorded as Document No. 2006-591 in the land records of Albany County, and from Coralie S. Johnston to the United States of America, recorded as Document No. 2006-592 in the land records of Albany County. Mr. Russell and Ms. Johnston were the successors in interest to the original patentee, Alva M. Howell.

-9-

27.    The Abandoned Railroad Right-of-Way Act of 1922, codified at 43 U.S.C. §912,

provides in relevant part:

> Whenever public lands of the United States have been or may be
> granted to any railroad company for use as a right-of-way for its
> railroad or as sites for railroad structures of any kind, and use and
> occupancy of said lands for such purposes has ceased or shall
> hereafter cease, whether by forfeiture or by abandonment by said
> railroad company declared or decreed by a court of competent
> jurisdiction or by Act of Congress, then and thereupon all right, title,
> interest, and estate of the United States in said lands shall, except
> such part thereof as may be embraced in a public highway legally
> established within one year after the date of said decree or forfeiture
> or abandonment be transferred to and vested in any person, firm, or
> corporation, assigns, or successors in title and interest to whom or to
> which title of the United States may have been or may be granted,
> conveying or purporting to convey the whole of the legal subdivision
> or subdivisions traversed or occupied by such railroad or railroad
> structures of any kind as aforesaid . . . .

28.    The National Trails System Improvements Act of 1988, codified at 16 U.S.C. §

1248(c), provides:

> (c) Abandoned railroad grants; retention of rights. Commencing
> upon the date of enactment of this subsection [enacted Oct. 4, 1988],
> any and all right, title, interest, and estate of the United States in all
> rights-of-way of the type described in the Act of March 8, 1922 (43
> U.S.C. § 912), shall remain in the United States upon the
> abandonment or forfeiture of such rights-of-way, or portions thereof,
> except to the extent that any such right-of-way, or portion thereof, is
> embraced within a public highway no later than one year after a
> determination of abandonment or forfeiture, as provided under such
> Act.

29.     The National Trails System Improvements Act of 1988, codified at 16 U.S.C.

§1248(d), additionally provides:

> (1) All rights-of-way, or portions thereof, retained by the United States pursuant to subsection (c) which are located within the boundaries of a conservation system unit or a National Forest shall be added to and incorporated within such unit or National Forest and managed in accordance with applicable provisions of law, including this Act [16 U.S.C. §§ 1241, *et seq.*].
>
> (2) All such retained rights-of-way, or portions thereof, which are located outside the boundaries of a conservation system unit or a National Forest but adjacent to or contiguous with any portion of the public lands shall be managed pursuant to the Federal Land Policy and Management Act of 1976 [43 U.S.C. §§ 1701, *et seq.*] and other applicable law, including this section.
>
> (3) All such retained rights-of-way, or portions thereof, which are located outside the boundaries of a conservation system unit or National Forest which the Secretary of the Interior determines suitable for use as a public recreational trail or other recreational purposes shall be managed by the Secretary for such uses, as well as for such other uses as the Secretary determines to be appropriate pursuant to applicable laws, as long as such uses do not preclude trail use.

30.     The right-of-way granted to the Laramie, Hahns Peak and Pacific Railway Company

(subsequently vested in WYCO) under the General Railroad Right-of-Way Act of 1875 falls within

the type described in the Abandoned Railroad Right-of-Way Act of 1922 because it was granted

over "public lands of the United States . . . to [a] railroad company for use as a right-of-way for its

railroad . . . ."

31.     Under the National Trails System Improvements Act of 1988, 16 U.S.C. §1248(c),

any and all right, title, and interest in rights-of-way of the type described in the Abandoned Railroad

Right-of-Way Act of 1922 (43 U.S.C. § 912) are retained by the United States upon a judicial

decree of abandonment.

WHEREFORE, the United States of America requests the following relief:

1. That the Court issue a judgment declaring that

(a) The right-of-way granted to the Laramie, Hahns Peak and Pacific Railway

Company pursuant to the General Railroad Right-of-Way Act of 1875, passed to its

successor, WYCO;

(b) WYCO has abandoned the right-of-way for the entire length referenced in

paragraphs 11 and 12 above in the State of Wyoming;

(c) All right, title and interest in and to the abandoned WYCO right-of-way more

fully described in paragraphs 11 and 12, and depicted on Exhibits A, B, and C, and

located in the State of Wyoming,  are vested in the United States of America,

(i) excepting those portions of the right-of-way over land owned by the State

of Wyoming in Albany County comprising

(A) Township 12 North, Range 78 West, 6th PM:

Section 16: W½, and

(B) Township 14 North, Range 78 West, 6th PM

Section 13: S½NW¼, N½SW¼

Section 14: NE¼SE¼, and

(ii) subject to an easement of the Department of Transportation for the Wyoming State Highway Department recorded at Book 387, Pages 774-790 in the land records of Albany County, Wyoming;

(d) The portion of the right-of-way within the boundaries of the Medicine Bow National Forest is under the administrative jurisdiction of the Secretary of Agriculture, and the portion of the right-of-way over federally owned land in section 13, Township 14 North, Range 78 West is under the administrative jurisdiction of the Secretary of the Interior; and

2. For such other and further relief the court deems appropriate.

Respectfully submitted this _____ day of March, 2007.

MATTHEW H. MEAD
United States Attorney

By: _____

CAROL A. STATKUS
Assistant United States Attorney
Attorney for the Plaintiff United States of America

_____

NICHOLAS VASSALLO
Assistant United States Attorney
Attorney for the Plaintiff United States of America

-13-

## CERTIFICATE OF SERVICE

I hereby certify that on March 9, 2007, I served the foregoing **Amended Complaint for Declaratory Judgment of Abandonment and to Quiet Title** upon the following by the methods indicated below:

Charles Michael (Steve) Aron
Aron and Henning, LLP
1427 North Fifth Street, Suite 201
Laramie, WY 82072
cma@a-hlaw.com
*Attorney for Lawrence and Ginny Otterstein*

[ ] By Facsimile
[X] By U.S. Mail - postage prepaid
[ ] By Hand Delivery
[ ] By Overnight Courier
[ ] By Electronic Filing

Joseph Becker
William Perry Pendley
Mountain States Legal Foundation
2596 South Lewis Way
Lakewood, CO 80227
jbecker@mountainstateslegal.com
wppendley@mountainstateslegal.com
*Attorney for Marvin M. Brandt*

[ ] By Facsimile
[X] By U.S. Mail - postage prepaid
[ ] By Hand Delivery
[ ] By Overnight Courier
[ ] By Electronic Filing

Richard C. Bohling
Albany County Attorney's Office
525 Grand Avenue, Suite 304
Laramie, WY 82070
rbohling@co.albany.wy.us
*Attorney for Albany County Commissioners*

[ ] By Facsimile
[X] By U.S. Mail - postage prepaid
[ ] By Hand Delivery
[ ] By Overnight Courier
[ ] By Electronic Filing

James P. Schermetzler
Albany County Attorney's Office
525 Grand Avenue, Suite 100
Laramie, WY 82070
jschermetzler@co.albany.wy.us
*Attorney for Albany County Commissioner*

[ ] By Facsimile
[X] By U.S. Mail - postage prepaid
[ ] By Hand Delivery
[ ] By Overnight Courier
[ ] By Electronic Filing

Karen J.Budd-Falen
Brandon Lee Jensen
Budd-Falen Law Offices LLC
P.O. Box 346
Cheyenne, WY 82003-0346
main@buddfalen.com
*Attorney for Roger L. Morgan and
Marilyn & David Yeutter*

[ ] By Facsimile
[X] By U.S. Mail - postage prepaid
[ ] By Hand Delivery
[ ] By Overnight Courier
[ ] By Electronic Filing

Philip A. Nicholas
Anthony, Nicholas, Goodrich & Tangeman
P.O. Box 928
Laramie, WY 82073
nicholas@wyolegal.com
*Attorney for Daniel & Susan McNierney and*
*Breazeale Revocable Trust*

[ ] By Facsimile
[X] By U.S. Mail - postage prepaid
[ ] By Hand Delivery
[ ] By Overnight Courier
[ ] By Electronic Filing


Theodore C. Preston
Prehoda, Leonard & Hanack, LLC
P.O. Box 789
Laramie, WY 82073-0789
tpreston@laramielaw.com
*Attorney for Patrick & Patricia Rinker*
*DuWayne & Elizabeth Keeney*
*Kenneth R. Lankford Sr.*
*Kenneth R. Lankford, II*

[ ] By Facsimile
[X] By U.S. Mail - postage prepaid
[ ] By Hand Delivery
[ ] By Overnight Courier
[ ] By Electronic Filing


Mason F. Skiles
Skiles & Rodriguez
502 South 4th Street
Laramie, WY 82070
*Attorney for Gary & June Williams*

[ ] By Facsimile
[X] By U.S. Mail - postage prepaid
[ ] By Hand Delivery
[ ] By Overnight Courier
[ ] By Electronic Filing


Gay Vanderpoel Woodhouse
Gay Woodhouse Law Office
211 West 19th Street, Suite 308
Cheyenne, WY 82001
gaywoodhouselaw@aol.com
*Attorney for Donald & Wanda Graff*

[ ] By Facsimile
[X] By U.S. Mail - postage prepaid
[ ] By Hand Delivery
[ ] By Overnight Courier
[ ] By Electronic Filing


Karl Morell
Ball Janik, LLP
1455 F Street N.W., Suite 225
Washington, D.C. 20005
kmorell@dc.bjllp.com
*Attorney for Wyoming & Colorado Railroad*
*Company, Inc.*

[ ] By Facsimile
[X] By U.S. Mail - postage prepaid
[ ] By Hand Delivery
[ ] By Overnight Courier
[ ] By Electronic Filing


Juan and Susan Torres
3513 Linestone Court
Fort Collins, CO 80525

[ ] By Facsimile
[X] By U.S. Mail - postage prepaid
[ ] By Hand Delivery
[ ] By Overnight Courier
[ ] By Electronic Filing

Bunn Family Trust
Debra R. Hinkel, Trustee
P.O. Box 1010
Laramie, WY 82073

[  ] By Facsimile
[X] By U.S. Mail - postage prepaid
[  ] By Hand Delivery
[  ] By Overnight Courier
[  ] By Electronic Filing

Ralph L. Lockhart
P.O. Box 36
Laramie, WY 82073

[  ] By Facsimile
[X] By U.S. Mail - postage prepaid
[  ] By Hand Delivery
[  ] By Overnight Courier
[  ] By Electronic Filing

Duane and Patricia King
1802 Arnold Street
Laramie, WY 82070

[  ] By Facsimile
[X] By U.S. Mail - postage prepaid
[  ] By Hand Delivery
[  ] By Overnight Courier
[  ] By Electronic Filing

Marilyn Flint and Marjorie Secrest
17200 West Bell Road, Lot 2146
Surprise, AZ 85374

[  ] By Facsimile
[X] By U.S. Mail - postage prepaid
[  ] By Hand Delivery
[  ] By Overnight Courier
[  ] By Electronic Filing

Glenna Louise Marrs Trust
Glenna Marrs and Rondal Wayne, Trustees
376 Gilmore Gulch
Laramie, WY 82070

[  ] By Facsimile
[X] By U.S. Mail - postage prepaid
[  ] By Hand Delivery
[  ] By Overnight Courier
[  ] By Electronic Filing

Snowy Range Properties, LLC
1148 State Highway 11
Laramie, WY 82070

[  ] By Facsimile
[X] By U.S. Mail - postage prepaid
[  ] By Hand Delivery
[  ] By Overnight Courier
[  ] By Electronic Filing

Ray L. Waits
8736 S. Carr
Littleton, CO 80128

[  ] By Facsimile
[X] By U.S. Mail - postage prepaid
[  ] By Hand Delivery
[  ] By Overnight Courier
[  ] By Electronic Filing

Michael and Sally Palmer          [  ] By Facsimile
715 S. 11th Street                [X] By U.S. Mail - postage prepaid
Laramie, WY 82070                 [  ] By Hand Delivery
                                  [  ] By Overnight Courier
                                  [  ] By Electronic Filing


*Melody Morse*
For the United States Attorney's Office



# EXHIBIT A

### SECTION 14  TOWNSHIP 14   RANGE 78 WEST



# SECTION 14  TOWNSHIP 14 NORTH  RANGE 78 WEST

# EXHIBIT B

CERTIFICATE OF SURVEYOR

SOUTH AREA

COMMUNITY OF ALBANY

SECTION 14 TOWNSHIP 14 NORTH  RANGE 78 WEST

AREA INSIDE OF THE RAILROAD RIGHT OF WAY

UNITED STATES FOREST SERVICE
DEPARTMENT OF AGRICULTURE
LARAMIE, WYOMING

PREPARED BY
HAMMOND LAND SURVEYING
P.O. BOX 471
LARAMIE, WYOMING

SCALE 1" = 100'        DATE  OCTOBER 2006

Area within Railroad right of way

TRACT K Bunn Family Trust 2000-5278 0.56 Acres
TRACT 1 Keeney      498-082      0.07 Acres
TRACT 2 Budnick     256-288      0.02 Acres
TRACT 3 Graff       191-247      0.001 Acres
TRACT 4 Keeney      498-80       1.30 Acres
TRACT 5 Cemetery    V-53         0.35 Acres
TRACT 6 D&M Yeutter 417-660      0.12 Acres
TRACT 6 A D&M Yeutter 5 B Sec. 15  0.03 Acres 2005-3030
TRACT 7 A R&H Yeutter 5 A Sec. 15  0.04 Acres 2005-3630
TRACT 7 R&H Yeutter 2000-5998   0.28 Acres in Lankford Land Exchange
TRACT 8 Torres      451-729      0.76 Acres
TRACT L Morgan      2000-5279    0.54 Acres
TRACT M Flint       2000-8280    1.86 Acres
TRACT P Kleg        2004-2065    0.18 Acres
TRACT 9 & 10 Albany County       0.27 Acres
TRACT 11 Morgan HS  358-22       0.16 Acres
TRACT 12 Morgan HS  358-22       0.13 Acres
TRACT 13 Morgan STA 1995-1893    0.48 Acres

TOTAL AREA ON THIS SHEET        6.141 Acres

NOTE
THE MONUMENTATION IN THIS AREA WAS DONE BY THE BLM AND
MOST OF THE EARLIER DEEDS WERE DESCRIBED FROM OLDER
MONUMENTS. THERE EXISTS OVERLAPS AND GAPS AS WELL AS
BEARING DIFFERENCES. THE OLDER DEEDS WERE USED TO PLOT
THE TRACTS OF LAND SHOWN ON THIS DRAWING FROM THE 1964
MONUMENTS. A FIELD SURVEY WAS NOT DONE TO VERIFY
THE CORRECTNESS AND COMPATIBILITY OF THE DEEDS.

REVISION NO. 1 ADDED TRACT LETTERS AND CHANGES IN AREA 2-25-06
REVISION NO. 2 ADDED MORGAN STA TO DRAWING 3-16-05
REVISION NO 3 CHANGED TOTAL AREA TO 8.09 4-11-06
REVISION NO 4 ADDED YEUTTER TRact 7.5 IN SEC. 15  5-5-01-06



EXHIBIT C

# EXHIBIT D



M.P. 67.47

M.P. 39.39 to 67.47 = 28.08 Miles
STATE LAND = 1.80 Miles
TOTAL ROW length = 26.28 Miles

| DRAWN BY: | PHILIP BURKE |
|---|---|
| DATE: | 03/28/2005 |
| DWG. NO.: | |
| SURVEYED BY: | PHILIP BURKE |
| APPROVED BY: | TOM EFFINGER |

EXHIBIT D
LARAMIE, HAHNS PEAK & PACIFIC RAILROAD
VICINITY MAP
ALBANY COUNTY, WYOMING.

U.S. Department of Agriculture
FOREST SERVICE
Rocky Mountain Region
MEDICINE BOW NATIONAL FOREST

SHT. NO.
1/1



EXHIBIT E